UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
12-10120-GAO

UNITED STATES OF AMERICA

v.

ALFRED VAZQUEZ
and EDGAR ACEVEDO

## ORDER ON DEFENDANTS' JOINT MOTION TO COMPEL

Defendants' Joint Motion to Compel (Docket No. 22) is ALLOWED IN PART and DENIED IN PART.

By August 20, 2012, the Government shall produce unredacted copies of FBI reports previously produced in discovery, with such production to be subject to the limitation that the document review be limited to defense counsel, paralegals and investigators. No broader review of the documents shall be made without further order of the court.

It is expected that the documents shall disclose the names and birth dates of the victim, his wife, his father-in-law, and the man interviewed along with the defendant Acevedo. If such information is not included in the unredacted documents, and the Government otherwise declines to produce such information at this time, the Defendants may file another motion to compel.

                                                   / s / Judith Gail Dein
                                                   Judith Gail Dein

DATED: July 30, 2012					U.S. Magistrate Judge